Alan Lescht & Associates, P.C.
1050 17th Street, N.W.
Suite 400
Washington, D.C. 20036
T. (202) 463-6036
F. (202) 463-6067

RECEIVED

2016 APR 12 P 4: 01

CLERK US DISTRICT COURT
ALEXANDRIA, VIRGINIA

April 12, 2016

Clerk of the Court
United States District Court for the Eastern District of Virginia
401 Courthouse Square
Alexandria, Virginia 22314

RE: **Michael Duval v. Global Criminal Justice Solutions, LLC**

Dear Clerk of the Court:

Accompanying this letter is a new case filing referred to as Michael Duval v. Global Criminal Justice Solutions, LLC. Enclosed for filing is the following:

1. Original and one copy of the Complaint
2. Civil cover sheet
3. 3 copies of the summons
4. A check in the amount of $400.00 to cover the initial filing fee.

**Kindly note that Defendant will be served via private process server.**

If you have any questions about the matters addressed herein, please do not hesitate to contact me. Thank you for your assistance.

Best regards,

Marc E. Pasekoff
marc.pasekoff@leschtlaw.com

/MEP