```
Court Name: United States District Court
Division: 1
Receipt Number: 14683058367
Cashier ID: sbrown
Transaction Date: 04/12/2016
Payer Name: ALAN LESCHT AND ASSOC
----------------------------------------
CIVIL FILING FEE
 For: ALAN LESCHT AND ASSOC
 Amount:        $400.00
----------------------------------------
CHECK
 Remitter: ALAN LESCHT AND ASSOC
 Check/Money Order Num: 9609
 Amt Tendered: $400.00
----------------------------------------
Total Due:      $400.00
Total Tendered: $400.00
Change Amt:     $0.00

FILING FEE
1:16CV409
```