

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

RECEIVED
2016 APR 12 P 4:00
CLERK US DISTRICT COURT
ALEXANDRIA, VIRGINIA

| | |
|---|---|
| MICHAEL DUVAL <br><br> *Plaintiff(s)* <br> v. <br> GLOBAL CRIMINAL JUSTICE SOLUTIONS, LLC <br><br> *Defendant(s)* | Civil Action No. 1:16CV409 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* GLOBAL CRIMINAL JUSTICE SOLUTIONS, LLC
7900 Westpark Drive
Suite T220
McLean, Virginia 22102

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Marc E. Pasekoff, Esquire
Alan Lescht and Associates, P.C.
1050 17th Street, N.W.
Suite 400
Washington, D.C. 20036

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____                                *Signature of Clerk or Deputy*